**Motion Granted and Order filed May 11, 2012**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00358-CV
_____

**YOLANDA SANDRIA SAQUI AND ROSALIN REYES RAMIREZ, EACH INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF MIGUEL ANGEL BARRAGAN SANDRIA, Appellants**

**V.**

**PRIDE INTERNATIONAL, INC., MEXICO DRILLING LIMITED, LLC, PRIDE CENTRAL AMERICA, LLC, PRIDE CENTRAL AMERICA, LLC (MEXICAN BRANCH) AND GULF OF MEXICO PERSONNEL SERVICES S. DE R.L. DE C.V., Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-01480**

### ABATEMENT ORDER

On May 7, 2012, appellants filed a motion to stay this appeal pending completion of the settlement of the underlying case. We **GRANT** the motion and issue the following order:

The court **ORDERS** the appeal **ABATED** for a period of sixty days so that the parties may execute releases and fund the settlement of the underlying case. When the settlement has been finalized, the parties are ordered to file a motion to dismiss the appeal, or other appropriate dispositive motion, as soon as practicable. *See* Tex. R. App. P. 42.1.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of sixty days. The appeal will be reinstated on this court's active docket after sixty days or when a motion to dismiss the appeal pursuant to settlement is filed. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may file a motion to extend the abatement period to finalize the settlement.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.